SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
Bailey K. Bifoss (SBN 278392)
bbifoss@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS
and erroneously named “KAISER PERMANENTE"

ROTHSCHILD & ALWILL, APC
Kristi D. Rothschild (SBN 222727)
kristi@ralegal.com
27 W. Anapamu Street, Suite 289
Santa Barbara, CA 93101
Telephone: (805) 845-1190
Facsimile: (805) 456-0132

Attorneys for Plaintiff
SARAH REYNOSA-JUAREZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SARAH REYNOSA-JUAREZ,

Plaintiff,

vs.

KAISER FOUNDATION HOSPITALS, KAISER PERMANENTE, and DOES 1-10, Inclusive,

Defendant.

Case No. 2:20-cv-02052-MCE-KJN

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON [Fed. Rule Civ. Proc. 41(a)(1)(A)(ii)]**

Sr. District Judge: Morrison C. England, Jr

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Sarah Reynosa-Juarez, on the one hand, and Defendant KAISER FOUNDATION HOSPITALS, on the other hand, hereby stipulate in consideration of a negotiated settlement executed by them that this action and all claims Plaintiff has asserted against Defendant KAISER FOUNDATION HOSPITALS and erroneously named KAISER PERMANENTE in this action are hereby dismissed *with prejudice.* Each party to bear its own costs and attorneys' fees.

Pursuant to Local Rule 131(e), the undersigned e-filer attests that all other signatories below have consented to the filing's content and have authorized filing with electronic signatures.

Dated: December 27, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Andrew M. McNaught*
Christian J. Rowley
Andrew M. McNaught
Bailey K. Bifoss
Attorneys for Defendant
KAISER FOUNDATION HOSPITALS and erroneously named KAISER PERMANENTE

Dated: December 27, 2021

Respectfully submitted,
ROTHSCHILD & ALWILL, APC

By: */s/ Kristi D. Rothschild*
Kristi D. Rothschild
Attorney for Plaintiff SARAH REYNOSA-JUAREZ

**ORDER**

The above stipulation is approved. The entire action, including all claims by Plaintiff Sarah Reynosa-Juarez against Defendant Kaiser Foundation Hospital and erroneously named Kaiser Permanente is hereby dismissed with prejudice. Each party shall bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 3, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE